E-FILED
Friday, 05 August, 2011  04:19:59 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

AUG - 5 2011

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

)
Keith A. West **Plaintiff**        )
                                   )
                                   )
vs.                                )        Case No. 11-3271
                                   )
-Vippin K. Shah M.D.               )        *The case number will be assigned by the*
*clerk)*

Nurse Ring, Nurse Jane Doe, Nurse Jane Doe, Doctor of Dentistry John Doe, Jane Doe Dental Assistant, Jane Doe Dental Assistant, John or Jane Doe Health Care Administrator, Michael Puisis or John or Jane Doe Medical Director I.D.O.C., Wexford Health Services, Warden J.R. Walls or John or Jane Doe, Richard Young or John or Jane Doe, Greg Lowe or John or Jane Doe, John or Jane Doe, Susan Griswold or John or Jane Doe, John or Jane Doe, James Underwood or John or Jane Doe, Officer John Doe, Sergeant John Doe,

                        **Defendant(s)**   )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often*

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Defendants Caption Page Continued,

Lieutenant John Doe,  Officer John Doe,  Officer John Doe,
Lieutenant John Doe,  Lieutenant John Doe,  John Doe,
John Doe, or Jane Doe,  John Doe,  John Doe,
John Doe,  John Doe,  John or Jane Doe,
Sarah Johnson,  Terri Anderson or John or Jane
Doe,  John or Jane Doe,  Ed McNeil,
Michael Rawdle, or John or Jane Doe,  Glenn
Jackson or John or Jane Doe,

1 - A

brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☑ Other federal law: 42 U.S.C. §§§ 1331(a), 1343, and 1367

☑ Unknown _____


## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Keith Anthony West

Prison Identification Number: B57079

Current address: P.O. Box 112 · Route 53

Stateville Correctional Center, Joliet Illinois 60434

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Vippin K. Shaw M.D.

2

Current Job Title: Medical Director - Medical Doctor

Current Work Address R.R. #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling, IL 62353

Defendant #2:

Full Name: Nurse Ring

Current Job Title: Nurse

Current Work Address R.R. #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling, IL 62353

Defendant #3:

Full Name: Nurse Jane Doe

Current Job Title: Nurse

Current Work Address R.R. #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling, IL 62353

Defendant #4:

Full Name: Nurse Jane Doe

Current Job Title: Nurse

Current Work Address R.R #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling, IL 62353

Defendant #5:

Full Name: Doctor of Dentistry John Doe

Current Job Title: Doctor of Dentistry

Current Work Address R.R. #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling, IL 62353

3

Defendant #6

Full Name.: Ashley or Jane Doe

Current Job Title: Dental Assistant

Current Work Address: R.R. #4 · Box 196

Western Illinois Correctional Center, Mt.

Sterling, Illinois 62353


Defendant #7

Full Name: Jane Doe

Current Job Title: Dental Assistant

Current Work Address: R.R. #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling,

Illinois 62353


Defendant #8

Full Name: John or Jane Doe

Current Job Title: Health Care Administrator

Current Work Address: R.R. #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling,

Illinois 62353


3-A

Defendant # 9
Full Name: Michael Puisis or John or Jane Doe.
Current Job Title: Medical Director, I.D.O.C.
Current Work Address: 100 W. Randolph, Suite 4-200
Chicago, Illinois 60601

Defendant # 10
Full Name: Wexford Health Services
Current Job Title: Medical Health Services
Current Work Address: R.R. # 4 · Box 196
Western Illinois Correctional Center,
Mt. Sterling, Illinois 62353

Defendant # 11
Full Name: Warden J.R. Walls or John or Jane Doe,
Current Job Title: Chief Administrative Officer
Current Work Address: R.R. # 4 · Box 196
Western Illinois Correctional Center,
Mt. Sterling, Illinois 62353

3-B

Defendant #12

Full Name: Richard Young And, or John or Jane Doe,

Current Job Title: Warden of Programs

Current Work Address: R.R. #4 · Box 196

Western Illinois Correctional Center.

Mt. Sterling, Illinois 62353

Defendant #13

Full Name: Greg Lowe And, or John or Jane Doe,

Current Job Title: Warden of Operations

Current Work Address: R.R. #4 · Box 196

Western Illinois Correctional Center.

Mt. Sterling, Illinois 62353

Defendant #14

Full Name: John or Jane Doe.

Current Job Title: Food Service Department Chief

Current Work Address: R.R. #4 · Box 196

Western Illinois Correctional Center

Mt. Sterling, Illinois 62353

3-C

Defendant #15

Full Name: Susan Griswold, or John or Jane Doe,

Current Job Title: Food Service Administrator, I.D.O.C.,

Current Work Address: 1301 Concordia Court, P.O. Box 19277

Springfield, Illinois 62794-9277

Defendant #16

Full Name: John or Jane Doe,

Current Job Title: Correctional Industries Department

Chief At Illinois River Correctional Center

Current Work Address: Rt. 9 West, Box 999

Canton, Illinois 61520

Defendant #17

Full Name: James Underwood, or John or Jane Doe,

Current Job Title: Chief Executive Officer of

Correctional Industries for I.D.O.C.

Current Work Address: 1301 Concordia Court

Springfield, Illinois 62702

3-D

Defendant # 18

Full Name: Officer John Doe

Current Job Title: Correctional Officer of Unit 3 (A-wing)
on January 15th 2010 7:00 A.m. to 3:00 p.m.

Current Work Address: R.R. #4 · Box 196
Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353


Defendant # 19

Full Name: Sergeant John Doe

Current Job Title: Correctional Sergeant of Unit 3 (A-wing)
on January 15th 2010 7:00 A.m. to 3:00 p.m.

Current Work Address: R.R. #4 · Box 196
Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353


Defendant # 20

Full Name: Lieutenant John Doe

Current Job Title: Correctional Lieutenant of Unit 3
(A-wing) on January 15th 2010 7:00 A.m. to 3:00 p.m.

Current Work Address: R.R. #4 · Box 196
Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353

3-E

Defendant #21
Full Name: Officer Bloomfield
Current Job Title: Investigator, Internal Affairs
Current Work Address: R.R. #4 · Box 196
Western Illinois Correctional Center, Mt. Sterling, IL
62353

Defendant #22
Full Name: Officer Flowers or John Doe
Current Job Title: Investigator, Internal Affairs
Current Work Address: R.R. #4 · Box 196
Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353

Defendant #23
Full Name: Lieutenant Jennings
Current Job Title: Chief Supervisor Internal Affairs
Current Work Address: R.R. #4 · Box 196
Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353

3-F

Defendant # 24

Full Name: Lieutenant Ashby

Current Job Title: Adjustment Committee, Chairperson

Current Work Address: R.R. #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353


Defendant # 25

Full Name: John Doe.

Current Job Title: Adjustment Committee, Member.

Current Work Address: R.R. #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353


Defendant # 26

Full Name: Counselor Vincent or John or Jane Doe

Current Job Title: Segregation Correctional Counselor
During the period of January 17th 2010 thru
March 3rd 2010

Current Work Address: R.R. #4 · Box 196

Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353


3-61

Defendant # 27
Full Name : John Doe.
Current Job Title : Correctional Officer
current work Address: R.R. # 4 · Box 196
Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353

Defendant # 28
Full Name : John Doe.
Current Job Title : Correctional Officer
Current work Address: R.R. # 4 · Box 196
Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353

Defendant # 29
Full Name : John Doe,
Current Job Title: Correctional Officer
current work Address: R.R. #4 · Box 196
Western Illinois Correctional Center, Mt. Sterling,
Illinois 62353

3 - H

Defendant # 30

Full Name: John Doe,

Current Job Title: Correctional Officer.

Current Work Address: R.R. #4 · Box 196
Western Illinois Correctional Center, Mt.
Sterling, Illinois 62353

Defendant # 31

Full Name: John or Jane Doe,

Current Job Title: Record Office Supervisor

Current Work Address: R.R. #4 · Box 196
Western Illinois Correctional Center, Mt.
Sterling, Illinois 62353

Defendant # 32.

Full Name: Sarah Johnson

Current Job Title: Member - Administrative Review
Board.

Current Work Address: 1301 Concordia Court
Springfield, Illinois 62794

3 - I

Defendant # 33

Full Name: Terri Anderson or John or Jane Doe,

Current Job Title: Manager or Current Acting Manager
of the Office of Inmate Issues / Administrative
Review Board.

Current Work Address: 1301 Concordia Court
Springfield, Illinois 62794


Defendant # 34

Full Name: John or Jane Doe,

Current Job Title: Chief Administrative Officer or
Acting CAO of the Administrative Review Board

Current Work Address: 1301 Concordia Court,
Executive Office Building, Springfield, IL 62794


Defendant # 35

Full Name: Ed McNeil

Current Job Title: Deputy Director

Current Work Address: 1301 Concordia Court,
Executive Office Building, Springfield, IL 62794


3-J

Defendant # 36
Full Name: Michael Randle or John or Jane Doe
Current Job Title: Director or Acting Director
I.D.O.C.
Current Work Address: 1301 Concordia Court,
Executive Office Building, Springfield, Illinois
62794-9277

Defendant # 37
Full Name: Glenn Jackson or John or Jane Doe
Current Job Title: Chief Record Officer or
Acting Chief Record Officer of Inmate
Records I.D.O.C.
Current Work Address: 1301 Concordia
Court, Springfield, Illinois 62702.

3-K

*For additional defendants, provide the information in the same format as above on a separate page.*

## III.  LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  ☐          No  ☑

If yes, please describe  _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☑          No  ☐

C.  If your answer to B is yes, how many? ___9___ *At least 9 to my best recollection* Describe the lawsuit(s) below.

1.  Name of Case, Court and Docket Number
    *96 c 01675, West v. Chicago Police Department*

2.  Basic claim made  *Excessive Force*

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still pending?)  *The case was settled. Agreed order of dismissal.*

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint

4

III. Continued

A. Name of Case And docket Number: Griffin, et Al, v. Fairman - # 1: 96 cv 02627

B. Approximate date of filing lawsuit: 9/18/96

C. List All plaintiffs: Horace J. Griffin, Keith A. West, Richard Elliott, Samuel Ries, Greopoin Vargos, Willie J. Jones, Devion Miles, Ronald Mc Cain, And Curtis L. Moms

List All Defendants:

D. James Fairman, Michael Sheahan, John Doe, And John Doe,

E. Court in which the lawsuit was filed: United States District Court, Northern District of Illinois Eastern Division

F. Name of judge to whom case was Assigned: David H. Coar

G. Basic Claim made: Violation of Prisoner's Rights
H. Disposition of this case: Dismissed without prejudice
I. Approximate date of disposition: November 1st 1996

4-A

III. Continued:

A. Name of case and docket number: West v. Sheahan - 98 cv 01930

B. Approximate date of filing lawsuit: 4/30/98

C. List All Plaintiffs: Keith Anthony West

D. List All defendants: Michael Sheahan

E. Court in which the lawsuit was filed: United States District Court, Northern District of Illinois, Eastern Division

F. Name of judge to whom case was assigned: James B. Zagel

G. Basic Claim Made: Violation of Prisoner's Rights

H. Disposition of this case: Agreed Order of dismissal

I. Approximate date of disposition: March 30th 2000

4 - B

III. CONTINUED

A. Name of case And docket number: West v. Baird, et.al. 05 c 0500

B. Approximate date of filing lawsuit: JANUARY 2005

C. List All plaintiffs: Keith A. West

D. List All defendants: Callie Baird

E. Court in which the lawsuit was filed: United States District Court, Northern District of Illinois, Eastern Division

F. Name of judge to whom case was Assigned: James B. Zagel

G. Basic claim made: Violation of prisoner's rights

H. Disposition of this case: Agreed order of dismissal

I. Approximate date of disposition: 2006 or 2007

4 - C

III. Continued

A. Name of case and docket number: West v. Campbell, et al. 05c 0043

B. Approximate date of filing lawsuit: January 2005

C. List all plaintiffs: Keith A. West

D. List all defendants: Lieutenant Campbell, Sgt. Savala, Tom Snooks, Captain Steubin

E. Court in which the lawsuit was filed: United States District Court, Northern District of Illinois, Eastern Division

F. Name of judge to whom case was assigned: James B. Zagel

G. Basic claim made: Violation of Prisoner's rights

H. Disposition of this case: Agreed order of dismissal

I. Approximate date of disposition: 2006 or 2007

4B - D

III. Continued.

A. Name of Case And docket number: West v. Kalicmi, et Al. 05 C 5746

B. Approximate date of filing lawsuit: September 2005

C. List All plaintiffs: Keith A. West

D. List All defendants: Officer Kalicmi

E. Court in which the lawsuit was filed: United States District court, Northern District of Illinois, Eastern Division

F. Name of judge to whom case was Assigned: Samuel Der-Yeghiayan

G. Basic claim made: Violation of Prisoner's Rights

H. Disposition of this case: Voluntarily Dismissed

I. Approximate date of disposition: January 2006

4-E

III. Continued

A. Name of case and docket number: West v. Walker, et al.
   Note: I do not know the docket number.

B. Approximate date of filing lawsuit: April 2008 or 2009

C. List all plaintiffs: Keith A. West

D. List all defendants: Roger E. Walker, Melody J. Ford, Daniel Austin, Rick Sutton, Karrie Sanders

E. Court in which the lawsuit was filed: United States District Court, Central District of Illinois, Springfield Division

F. Name of judge to whom case was assigned: Harold A. Baker

G. Basic claim made: Freedom of Religion Violations and violations of Religious Land Use and Institutionalized Persons Act

H. Disposition of this case: Defendants prevailed via Summary Judgement

I. Approximate date of disposition: January of 2010

4 - F

III. Continued

A. Name of case And docket Number: West v. Ameji, et Al,
   Note: I do Not Know the docket Number

B. Approximate date of filing lawsuit: March of 2010

C. List All plaintiffs: Keith A. West

D. List All defendants: Bashei Ameji

E. Court in which the lawsuit was filed: United
   States District Court, Central District of Illinois,
   Urbana Division

F. Name of judge to whom case was Assigned:
      I do Not Recall

G. Basic Claim made: Deliberate Indifference

H. Disposition of this case: The judge said that I Allowed
   the statute of limitations to lapse. Time barred.

Approximate date of disposition: May, June, or July 2010

4-G

*and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Western Illinois Correctional Center

Date(s) of the occurrence   All date information is not available. Will explain.

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

This is A Civil Rights Action filed by Keith A. West, A state prisoner, for damages, And injunctive Relief under 42 U.S.C. § 1983, Alleging denial

of medical care, delay or denial of access to medical
attention, denial of access to medical personnel
qualified to exercise judgement about a particular
medical problem, denial of access to medical personnel
with the necessary specialized expertise. The failure
to provide adequate or qualified staff. Maintaining
policies that interfer with adequate medical care.
The failure to remedy unlawful conditions that they
know or should know about. Failure to carry out
their responsibilities to provide adequate medical
care. The denial of necessary medical services and medical
care that is not available in the prison. The denial and delay
of necessary outside consultation or treatment on the
grounds of cost. Deliberate Indifference, retaliation,
falsefying or deliberately and intentionally omitting
medical information from medical records. Denial of
access to medical treatment and care by correctional
staff. Denial and or failure to provide adequate medical care
that has been diagnosed. As a serious medical need
by a physician. The failure of prison officials to provide
an adequate medical care system. The failure of prison
officials to act on prior complaints of medical deliberate
indifference within their areas of responsibility
that they knew or should have known about.

The failure of prison officials to maintain safe walkways. The failure of prison officials to make policy or to take action to prevent predictable violations of rights or denial of adequate medical care, violations within their areas of responsibility that they knew or should have known about. The failure to act on prior complaints, or to properly investigate, issues of retaliation, confinement in segregation, denial of access to adequate medical care, Abuses of power by subordinates, and the failure to properly train, supervise employees and correct constitutional violations. In addition the plaintiff realleges constitutional violations of the First, Eighth, And Fourteenth Amendments, as well as state law violations of medical malpractice and Negligence.

The court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights.

The court has supplemental jurisdiction over the plaintiff's state law claims of tort under 28 U.S.C. §1367.

The plaintiff Keith Anthony West, was incarcerated at Western Illinois Correctional center in Mt. Sterling, Illinois 62353 during the events described in this complaint.

7

The plaintiff is well aware that to bring an action in any court is very serious, but to bring an action in the United States District Court in his opinion is even more serious. The plaintiff under no circumstances takes these matters lightly, and is well aware that he is not to bring any litigation of anykind in any jurisdiction that is frivolous, malicious, meant to harass or intimidate, or fails to state a claim upon which relief may be granted. He wishes this court to know that the claims presented here transpired over a continuous period of time (a continuing wrong) and prays that the court applies the statute of limitations liberally until the end of that period. The plaintiff is a Pro Se litigant and is aware that this court may be reluctant to apply the 'continuing wrong' theory if they think the plaintiff could have been able to bring suit earlier. He prays that the court gives full weight to the many obstacles that this plaintiff faces currently, and will face in the future in his attempts to properly litigate in this Honorable Court from a prison cell. For example, the plaintiff has delayed bringing suit because of the defendants misrepresentations or concealment of important grievance documents in their exclusive possession.

8

For months I have sought these documents so I could properly reference specific individual Defendants by Name, date and Approximate time of occurence. Unfortunately I did not log dates of mailing or make a photocopy of the many letters I mailed to various departments and individuals seeking these grievances and medical records to prove to the court my efforts and diligence in order to bring suit in a timely manner. However, and because of my past blunders, I do have proof that I've included with this complaint, listed as Exhibit A, that I've made Reasonable efforts to secure these documents vital to the prosecution of this case. The defendants nor their Agents have Responded to my letters, discovery Requests or grievances properly. Hence that is why certain defendants are currently named because they Absolutely have exclusive control over them and the power to release them to me, so that I can submit them as I should to this Honorable Court, because they often assist the Court in understanding the basis of any claim, and gives a vivid picture. But on the other hand I have been unable to discover for example, the names of certain defendants, because I lack the information within those grievances, and medical documents in their possession or that of their Agents, so I can properly narrate this complaint and the defendants involved.

9

The plaintiff Asks that this Honorable Court understand that the following Narrative is based upon the plaintiff's memory, And he has no notes or grievances which lists Accurate data or that would Reflect the same. He is going off of pure memory, And is diligently Attempting to state in truth A basic case, so that the statute of limitations does not bar him.

On or About August 15th 2009 At or About 7:00 p.m the plaintiff was completing that day's fast of Ramadan, and was eating the meal provided to him by the kitchen staff At Western Illinois Correctional Center. Plaintiff opened A pack of cookies that were pre packaged And sealed. The plaintiff took one cookie And bit into it. While chewing the cookie, the plaintiff unexpectantly bit down on A Rock or some other hard foreign substance within the cookie. The hard foreign Rock like substance sheared And broke off the plaintiff's back left rear bottom tooth. He was sitting at the table with fellow muslim Keith Talley when this unfortunate event with his tooth took place.   9-A

Immediately the plaintiff spit portions of the broken tooth in his right hand. Simultaneously the plaintiff felt pain shoot into his mouth, that was so unbearable and excruciating that it literally knocked the plaintiff to his knees. The plaintiff then went to the officer assigned to the group of Ramadan participant muslims and showed the officer the broken bits of teeth, explained what had transpired while he was eating. The plaintiff requested emergency medical treatment from the institution's health care unit, and was subsequently escorted to the health care unit for the awful pain he was experiencing and overall medical attention for the broken tooth. The duty nurse was shown the remnants of plaintiff's broken tooth. The nurse did request to examine my mouth, and immediately scheduled plaintiff for an emergency consult with the dentist. I emphasized that I was in tremendous throbbing pain. The nurse gave plaintiff some tylenol and told plaintiff to leave the health care unit. The plaintiff to the nurse that the tooth was broken and exposed to the root and the nerve(s), and that a few tylenol were not going to help plaintiff manage the pain of such

9-B